No. 95–1234. DIXON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–1267. WILBURTA T. HOLDEN LIVING TRUST v. JOINT CITY-COUNTY BOARD OF TAX ASSESSORS. Ct. App. Ga. Certiorari denied.

No. 95–1354. LIU v. NEW YORK CITY POLICE DEPARTMENT ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 95–1357. JONES ET UX. v. GARCIA ET UX. C. A. 5th Cir. Certiorari denied.

No. 95–1362. TAM v. CONTINENTAL INSURANCE. C. A. 3d Cir. Certiorari denied.

No. 95–1364. SMITH v. GLENOLDEN BOROUGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1365. ARCHEXPO COMMERCE & INDUSTRY CENTRE ET AL. v. INTERNATIONAL AMBASSADOR PROGRAMS, INC. C. A. 9th Cir. Certiorari denied.

No. 95–1369. RODIME PLC v. QUANTUM CORP. C. A. Fed. Cir. Certiorari denied.

No. 95–1372. AUVIL ET AL. v. CBS "60 MINUTES" ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1375. GILL v. TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied.

No. 95–1378. FURRER ET UX. v. BROWN ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–1380. HARRIS v. CITY OF VIRGINIA BEACH ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–1384. SMITH & NEPHEW DYONICS, INC. v. VIOLETTE. C. A. 1st Cir. Certiorari denied.

No. 95–1387. ATLANTIC RICHFIELD CO. v. BECK ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1388. ST. PAUL MERCURY INSURANCE CO. ET AL. v. B & D MECHANICAL CONTRACTORS, INC. C. A. 10th Cir. Certiorari denied.